[No. 31484-0-I.   Division One.   December 30, 1993.]

KIMBERLY LOVERIDGE, *Appellant,* v. FRED MEYER, INC., *Respondent.*

The opinion in the above captioned case as reported in the advance sheets at 72 Wn. App. 342-353 was amended by order of the Court of Appeals February 24, 1994. The opinion, as amended, is republished at 72 Wn. App. 720.